Hon. Barbara J. Rothstein
Trial Date: April 10, 2023

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTINE ROBBIN, an individual,

Plaintiff,

vs.

The CITY OF SEATTLE, and the SEATTLE POLICE DEPARTMENT,

Defendants.

No. 2:21-CV-01714-BJR

**STIPULATION & ORDER TO EXTEND DEADLINE FOR EXPERT WITNESS REPORTS**

## I.      STIPULATION

Trial in this case is currently scheduled to begin April 10, 2023. Pursuant to the Court's Order Setting Trial Dates and Related Dates dated April 12, 2022, reports from expert witnesses are due September 12, 2022. The Parties are scheduled to participate in mediation on September 19, 2022, the earliest date that the parties and the mediator could all be available. In the interest of avoiding unnecessarily incurring costs, the Parties join in requesting a one-month extension of the deadline for reports from expert witnesses under FRCP26(a)(2). The current deadline for expert witness reports is September 12, 2022. The Parties respectfully request that the deadline be extended to October 12, 2022. This request is made pursuant to Fed. R. Civ. P. 16(b)(4) which provides that the Court may modify the

STIPULATION & ORDER TO EXTEND DEADLINE FOR EXPERT WITNESS REPORTS
(2:21-CV-01714-BJR) - 1

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

case scheduling order for good cause.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD, this 9th day of September, 2022.

| WESTERN WASHINGTON LAW GROUP, PLLC | ANN DAVISON<br>Seattle City Attorney |
|---|---|
| By: /s/ Robert Cadranell (authorized via email)<br>ROBERT CADRANELL<br>WSBA # 41773<br>Western Washington Law Group, PLLC<br>P.O. Box 468<br>Snohomish, WA 98291-0468<br>(425) 728-7296<br>robert@westwalaw.com<br>docs@westwalaw.com | By: /s/ Tamara Gerrard<br>TAMARA GERRARD, WSBA# 51482<br>CATHERINE SEELIG, WSBA# 38390<br>Assistant City Attorneys<br>Seattle City Attorney's Office<br>701 Fifth Avenue, Suite 2050<br>Seattle, WA 98104<br>(206) 684-8200<br>Tamara.Gerrard@seattle.gov<br>Catherine.Seelig@seattle.gov |
| Attorney for Plaintiff | Attorneys for Defendant<br>City of Seattle, Seattle Police Department |

## II. ORDER

THIS MATTER having come before the Court on the forgoing stipulation of the parties; now, therefore, it is hereby ordered that the current deadline for reports from expert witnesses under FRCP26(a)(2) in this matter is stricken, and the new deadline for reports from expert witnesses under FRCP26(a)(2) is set for October 12, 2022.

DATED this 13th day of September, 2022.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATION & ORDER TO EXTEND DEADLINE FOR EXPERT WITNESS REPORTS
(2:21-CV-01714-BJR) - 2

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200